United States District Court
District of Massachusetts

George Kersey
　　Plaintiff
　　　　　)
)
)
)
V.　　　)
)
Donald Trump
　　Defendant  )

No. _____

Jury Trial Requested

FILED
IN CLERKS OFFICE
2024 JUL 22 PM 2:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT

1. Defendant organized a phony assassination attempt that resulted in the death of a bystander and injury to two others on July 13, 2024.

2. The day before the phony attempt, the Defendant said that "Something big was going happen the following day." It turned out to be the phony assassination event.

3. The killer chosen for the phony event was a 20-year old Republican who reportedly was a terrible marksman; so that he would miss his target, which he did.

4. The staging for the event provided direct and unobstructed access to the platform where Defendant was stationed

(1)

page 2 of 3

5. The chosen killer who was in full view of the Secret Service was able to fire six shots, one of which killed a bystande and injured two spectators before being shot by the Secret Service.

6. Defendant was not struck by any bullet, but in accordance with the phony plan, he claimed and continues to claim that he was struck by a bullet.

7. A medical report, which Defendant refuses to be allowed release will confirm that there was no bullet injury. Remember the alleged killer was a bad shot who managed to injure three others.

8. There was no bullet contact of any kind with Defendant. He keeps falsely insisting that he was struck by a bullet to keep alive his false contention that he is saving Democracy.

9. Defendant has a long criminal record, and has often praised mobsters, including well known Chicago Mobster Al Capone.

10. Defendant has been indicted four times. He has been charged with four federal election crimes. He disrupted the certification of the electoral vote on Jan. 6. He illegally won the 2016 election by altering the Electoral College vote. In another case Trump was found guilty by a jury of 34 felonies.

(2)

Page 3 of 3

11. At his first Rally after phony assassination attempt, Defendant falsely claimed "he took a bullet for democracy", but there was no bullet and Defendant followed his remarks about democracy by making false remarks about President Biden.

12. Plaintiff served in the U.S. Army and took an oath to defend the Constitution. This Complaint is part of that defense.

Respectfully,

George Kersey, Pro Se
604 Newton Street
Chestnut Hill, MA.
02467
(518) 966-9690

George Kersey

(3)